IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROMAN LEVYTSKYY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　Defendant. | 8:18CV174<br><br>**ORDER** |

On April 23, 2018, Defendant filed a notice of removal ([Filing No. 1](#)), effectively removing Plaintiff's claims to this court. Defendant subsequently filed two unopposed motions to extend time for a responsive pleading. ([Filing Nos. 6](#) & [8](#)). The Court granted the motions and ordered that Defendant respond to Plaintiff's Complaint on or before May 21, 2018. (Filing No. 9). Nothing further has been filed in the case. Accordingly,

IT IS ORDERED:

1) On or before July 13, 2018, Plaintiff shall file a motion for the clerk's entry of default (see NECivR 55.1), in the absence of which this case may be dismissed for want of prosecution and without further notice.

2) The clerk shall set a case management deadline for March 12, 2018.

Dated this 13th day of June, 2018.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge