IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROMAN LEVYTSKYY, | |
|---|---|
| Plaintiff, | 8:18-CV-174 |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC., | JUDGMENT |
| Defendant. | |

On the plaintiff's notice of voluntary dismissal (filing 13), and pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's complaint is dismissed with prejudice, each party to bear their own costs.

Dated this 19th day of July, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge